[No. 25520-4-III. Division Three. July 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA L. CHRISTY, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 05-1-00050-3, Richard W. Miller, J., entered August 14, 2006. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[Nos. 25841-6-III; 26327-4-III. Division Three. July 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN BURTON, *Appellant*.

*In the Matter of the Personal Restraint of* JOHN BURTON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02287-7, Harold D. Clarke III, J., entered January 23, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26434-3-III. Division Three. July 3, 2008.]

ELSIE NAKATA ET AL., *Appellants*, v. BLUE BIRD, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 06-2-00441-2, Ted W. Small, J., entered August 6, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Korsmo, JJ. Now published at 146 Wn. App. 267.

[Nos. 58520-7-I; 59014-6-I. Division One. July 7, 2008.]

HARISH BHARTI, *Appellant*, v. TIMOTHY K. FORD ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 06-2-03169-5, Linda Lau, J., entered June 23, 2006. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Leach, JJ.